IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Ricardo Dlubak, | Bankruptcy No. 25-22609-CMB |
| Debtor. | |
| | Chapter 13 |
| Richardo Dlubak, | |
| Movant, | |
| v. | Related to Doc. No. 4 |
| Capital One N.A., | |
| Duquesne Light | |
| Ford Motor Credit | |
| Freedom Mortgage Corp. | |
| Lendmark Financial Ser | |
| Midland Credit Mgmt | |
| One Main Financial | |
| Santander Consumer Usa | |
| Spring Oaks Capital, Llc | |
| UPMC Health Services | |
| US Department of Housing & | |
| Urban Develop | |
| Respondents. | |
| And | |
| Ronda J. Winnecour, Esq | |
| Chapter 13 Trustee, | |
| Additional Respondent. | |

### NOTICE AND ORDER SETTING EXPEDITED HEARING

*AND NOW*, this *30th* day of *September, 2025,* NOTICE IS HEREBY GIVEN THAT an *Expedited Motion To Impose Automatic Stay,* ("Motion") has been filed in the above-referenced case by Lawrence W. Willis, Esquire, Counsel for Debtor.

*On October 8, 2025,* an in-person **EXPEDITED HEARING** has been scheduled for *1:30 p.m.,* before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Böhm's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form

1

via the link published on Judge Böhm's website (which can be found at https://www.pawb.uscourts.gov/judge-bohms-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Böhm's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-1.

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

*On or before <u>October 7, 2025, at 12:00 p.m. (NOON)</u>, Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*In the event that a response is not timely filed*, an Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

If the Motion includes a request for an extension of time, the time is extended to the date of the hearing and may be extended further pending the outcome of the hearing.

Pursuant to the Undersigned Judge's procedures, in the event that the parties are able to resolve their dispute(s), any consensual order filed with the Court shall be accompanied by a Certification of Counsel advising that all necessary parties consent to the entry of the order.

Telephonic participation in the hearing may be approved if arrangements are made by calling the courtroom deputy.

*Movant shall serve* a copy of this Scheduling Order and the Motion by Overnight U.S. Mail **or** facsimile **or** email **or** hand delivery.

*Service shall be made on* the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. **Depending upon the relief requested, service on the entire matrix may be required**.

*Movant shall immediately* file a certificate of service indicating such service.

Carlota M. Böhm  glb
United States Bankruptcy Judge

SIGNED
9/30/25 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cm: Lawrence W. Willis, Esquire

2