IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>Ricardo D Dlubak<br><br>RICARDO D DLUBAK,<br>    Movant<br><br>vs.<br><br>Freedom Mortgage Corporation,<br>    Respondent | Case No. 25-22609-CMB<br>Chapter 13 |

**RESPONSE TO EXPEDITED MOTION TO IMPOSE AUTOMATIC STAY**

Freedom Mortgage Corporation, (herein, "Respondent") by and through undersigned counsel, hereby responds to the Expedited Motion to Impose Automatic Stay [Doc. 4] filed on September 30, 2025 and in support thereof, shows unto the Court as follows:

1. Admitted in part; Denied in part. It is admitted that the Debtor filed bankruptcy No. 24-20251 on 2/01/2024 and the case was dismissed on 3/13/2025. Respondent is without knowledge or information to admit or deny if Debtor fell ill and was unable to work. By way of further response, Debtor never made a full plan payment and only made partial payments for March, April and May of 2024. Respondent also filed a motion for relief and agreed to settle that matter by stipulation.

2. Admitted in part; Denied in part. It is admitted that Debtor filed a second

bankruptcy on 8/01/2025 to No. 25-22017 and that case was dismissed on 8/19/2025. It is denied as a conclusion of law that the case was dismissed because it was filed pro se. Again, Debtor did not make any plan payments.

    3. Denied. Strict proof is demanded.

    4. Denied. Strict proof is demanded. By way of further response, Debtor, Ricardo Dlubak, has filed a total of six (6) bankruptcies and the co-debtor, Kimberly Dlubak, has filed five (5) bankruptcies.

    5. Admitted. By way of further response, Respondent opposes the Motion based on the history of filings, or in the alternative Respondent requests any order imposing the stay included language that upon dismissal of this case in rem relief is granted to Respondent.

    **WHEREFORE**, Respondent respectfully requests that this Honorable Court deny the Expedited Motion to Impose Automatic Stay and for any other relief the Court deems just and proper.

This the 7th day of October, 2025

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>Ricardo D Dlubak<br><br>Freedom Mortgage Corporation,<br>     Movant<br><br><br><br>vs.<br><br>Ricardo D Dlubak ,<br>     Debtor<br>and<br><br>Ronda J. Winnecour<br>     Respondent | Case No. 25-22609-CMB<br>Chapter 13<br><br>Hearing Date: October 8, 2025<br><br>Hearing Time: 1:30 pm<br><br>Objection Date: October 7, 2025 |

**CERTIFICATE OF SERVICE OF RESPONSE
TO EXPEDITED MOTION TO IMPOSE STAY**

I certify under penalty of perjury that on this day, I served or caused to be served the Response to Expedited Motion to Impose Stay on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

| | |
|---|---|
| Lawrence W. Willis, Esq.<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235<br>*Counsel for Debtor* | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>*Chapter 13 Trustee* |

Office of the United States Trustee

1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

Ricardo D Dlubak
3311 Conway Wallrose Road
Sewickley, PA 15143
*Debtor*

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>October 7, 2025</u>

                                                    */s/Mario Hanyon*
                                                  Andrew Spivack, PA Bar No. 84439
                                                  Mario Hanyon, PA Bar No. 203993
                                                  Ryan Srnik, PA Bar No. 334854
                                                  Jay Jones, PA Bar No. 86657
                                                  Attorney for Creditor
                                                  BROCK & SCOTT, PLLC
                                                  3825 Forrestgate Drive
                                                  Winston Salem, NC 27103
                                                  Telephone: (844) 856-6646
                                                  Facsimile: (704) 369-0760
                                                  E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**